# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CORINA SOTO,<br><br>        Defendant. | CASE NO.:  21CR3180-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for December 10, 2021, at 1:30 p.m., be continued to January 28, 2022, at 1:30 p.m. For the reasons set forth in the joint motion, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED**.

Dated:  December 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge