# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CORINA SOTO,<br><br>　　　　　　Defendant. | CASE NO.:  21-CR-3180-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for January 28, 2022, at 1:30 p.m., be continued to March 4, 2022, at 1:30 p.m.

**IT IS FURTHER ORDERED THAT** time is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(D), (7). The ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial. Defense counsel has been unable to meet with her client to explain the plea offer to her because of the recent surge in COVID-19 cases at the facility at which she is being held.

**SO ORDERED**.

Dated:  January 26, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge