# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>CORINA SOTO,<br><br>            Defendant. | CASE NO.:  21-CR-3180-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for March 4, 2022, at 1:30 p.m., be continued to April 1, 2022, at 1:30 p.m.

**IT IS FURTHER ORDERED THAT** time is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(D), (7). The ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial because defense counsel needs additional time to review the government's plea deal with Ms. Soto.

**SO ORDERED.**

Dated:  March 2, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge